wise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Luigi Criscuoli, Respondent, v. Flora Criscuoli, Appellant.— Motion for stay granted, on condition that defendant stipulate that plaintiff shall be relieved from the payment of alimony from the date of the granting of this motion until the decision of the appeal from the order granting a new trial; otherwise, motion denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Marie Gardenhire Myers, Respondent, v. Walter Perry Myers, Appellant.— Motion for stay granted, on condition that defendant file an undertaking in the sum of one thousand dollars, continue the present voluntary payment of fifteen dollars per week, pay all arrears thereof, if any, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ. Order to be settled before the presiding justice.

The People of the State of New York, Plaintiff, v. Barausch or Baruch Schneider and Others, Defendants.— Motion for stay granted, on condition that the defendant Kerr perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Harry C. Schlappendorf, Respondent, v. American Railway Traffic Company, Appellant.— Motion to resettle order granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Harry C. Schlappendorf, Respondent, v. American Railway Traffic Company, Appellant.— Motion for reargument denied, without costs, Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Sarah Brink, Appellant, v. Albert E. King, as Treasurer of the Brotherhood of Railroad Trainmen, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Hirschberg, J., not voting.

John E. Coles, Respondent, v. Max Manes and Others, Defendants, Impleaded with Beckie Rosenberg, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Edgar Combs, Appellant, v. John C. Whritenour, Respondent.— Order of the County Court of Nassau county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the time to appeal had expired. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

N. Dain's Sons' Company, Respondent, v. Union Free School District No. 7 of the Town of Cortlandt, etc., and Others, Respondents, Impleaded with John Lowry, Jr., Appellant, and Others.— Judgment modified by reducing plaintiff's lien and recovery to $1,362.79, with interest from the date of the entry of the judgment, and by reducing the lien and recovery of respondent Lounsbury & Sons Company to $323.50, with interest from the date of the entry of the judgment; and as so modified affirmed,